UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN PAGARTANIS,<br><br>                              Petitioner,<br><br>          -against-<br><br>UNITED STATES FEDERAL BUREAU OF<br>PRISONS,<br><br>                              Respondent. | 25-CV-7890 (KMK)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

KENNETH M. KARAS, United States District Judge:

The Court, having examined the Petition in this Action, which Petitioner Steven Pagartanis ("Petitioner") filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within sixty days of the date of this Order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the Petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:   March 16, 2026
         White Plains, New York

_____
          KENNETH M. KARAS
        United States District Judge